7jgmtwoh (7/12)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| *In Re:*  Larry Wayne Anthony and Cheryl Annette Anthony<br>**Debtor** | *Bankruptcy Case No.*<br>11–61804–abf7 |
| **Thomas J. O'Neal**<br>     Plaintiff(s) | *Adversary Case No.*<br>14–06036–abf |
| v. | |
| **Larry Wayne Anthony**<br>**Cheryl Annette Anthony**<br>**John D. Anthony**<br>**Doris Anthony**<br>**Gerald Anthony**<br>**Tracy Ruble**<br>**Jessica Crow**<br>**Shawn Crow**<br>**Cody Anthony Crisp**<br>     Defendant(s) | |

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of the trustee as follows: The Defendants are the sole bodily heirs of Calvin Anthony, and that the Trustee should sell the Real Estate which is the subject of the Complaint at public auction, at a date and time set by the Trustee, and to distribute the proceeds realized therefrom as set forth in subparagraphs (a) through (e) of the Complaint(Doc.#1).



                              Ann Thompson
                              Court Executive

                              By: /s/ Sharon Greene
                                   Deputy Clerk

Date of issuance: 1/16/15

Court to serve